JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ACADEMY OF COUNTRY MUSIC, | No. CV 20-3046-PLA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CONTINENTAL CASUALTY COMPANY, et al., | |
| Defendants. | |

Upon consideration of defendant Continental Casualty Company's ("defendant") Motion for Summary Judgment as to plaintiff Academy of Country Music's ("plaintiff") causes of action raised in the Complaint, plaintiff's Motion for Partial Summary Judgment as to defendant's First and Second Affirmative Defenses, the parties' respective statements of uncontroverted facts, and all other documents and records on file herein, and because the Court finds there is no genuine dispute of any material fact and that defendant is entitled to judgment as a matter of law, it is **ORDERED** that defendant's Motion for Summary Judgment is **GRANTED**.

As explained in greater detail in the Court's Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Partial Summary Judgment, issued concurrently with this Judgment, the Court finds that, pursuant to the insurance policy issued to plaintiff by defendant that was in effect from February 1, 2016, to February 1, 2017, defendant is

not obligated to provide indemnification coverage for damages resulting from plaintiff's breach of its former employee's Separation Agreement.

      Accordingly, the Court **GRANTS** Summary Judgment in favor of defendant as to plaintiff's Complaint.

DATED: May 12, 2022

*Paul L. Abrams*
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE